**Order entered May 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00355-CV
No. 05-14-00478-CV

**ERIC DRAKE, Appellant**

**V.**

**STEPHEN WALKER ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06774-D**

## ORDER

We **DENY** appellant's May 2, 2014 motion for the production of transcripts and notes taken from the April 16, 2014 hearing on his motion to recuse.

This appeal arises out of the same trial court proceeding as the appeal in appellate cause number 05-14-00355-CV. Accordingly, on the Court's own motion, we **ORDER** the appeal docketed as appellate cause number 05-14-00478-CV **CONSOLIDATED** into the appeal docketed as appellate cause number 05-14-00355-CV. We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-14-00478-CV to appellate cause number 05-14-00355-CV. Henceforth, all documents shall bear appellate cause number 05-14-00355-CV.

/s/     ADA BROWN
         JUSTICE